

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **RYAN G. SHAFFER**<br>*Assistant Corporation Counsel*<br>phone: (212) 788-1041<br>fax: (212) 788-9776<br>rshaffer@law.nyc.gov |

October 1, 2010

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>Diana Houston Mathews v. 1059 Officer Rodman</u>,
              10-CV-2635 (JBW)(LB)

Your Honor:

        As the Assistant Corporation Counsel assigned to the above-referenced action, I write to respectfully respond to the Court's <u>Valentin</u> Order dated September 13, 2010, to provide the full name and service address of the individual defendant named in plaintiff's complaint.

        By way of background, plaintiff's complaint, filed on June 8, 2010 alleges that on or about May 21, 2010, while visiting an inmate in Department of Correction custody, she was unable to retrieve her belongings from a property locker. (See Plaintiff's Complaint at p1). Plaintiff alleges that when she asked "Officer Rodman 1059" about her property he began to scream at her, and told her that she would be prohibited from visiting for 45 days. (<u>Id</u>. at 2). After speaking with an unidentified Department of Correction Captain plaintiff's bag was returned, however she alleges that her keys were missing. (<u>Id</u>. at 4-6). Plaintiff then alleges, that when she returned to the area where she had picked up her bag Officer Rodman threw her into a machine, and called her a "fat cow bitch." (<u>Id</u>. at 6). As a result of the alleged incident plaintiff claims that she suffered an unspecified injury to her arm. (<u>Id</u>.).

This office has conducted an investigation into the facts of the case in attempt to identify the defendant named in plaintiff's complaint, including obtaining documents pertaining to any alleged incident. Upon information and belief, the full name of the correction officer named in plaintiff's complaint along with his service address, is provided below:

>Correction Officer Victor Rodman
>Shield No. 9088
>New York City Department of Correction
>Special Operations Division
>16-16 Hazen Street
>East Elmhurst, New York 11370

Thank you for your attention to this matter.

>Respectfully submitted,
>
>/s/
>
>Ryan G. Shaffer
>Assistant Corporation Counsel
>Special Federal Litigation Division

cc:    Ms. Diana Houston Matthews
       *Plaintiff Pro Se*
       1542 E. 53rd Street, Apt. #2
       Brooklyn, NY 11234

2